JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
**CHRISTINE G. ENGLAND, IDAHO STATE BAR NO. 11390**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
1290 WEST MYRTLE STREET, SUITE 500
BOISE, ID  83702
TELEPHONE: (208) 334-1211
FACSIMILE:   (208) 334-9375
Email: Christine.England@usdoj.gov

*Attorneys for the Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDLANDS DEFENSE, ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNCIL, YELLOWSTONE TO UINTAS CONNECTION, IDAHO CONSERVATION LEAGUE,<br><br>Plaintiffs,<br><br>v.<br><br>TAWNYA BRUMMETT, in her official capacity as Boise National Forest Supervisor, RANDY MOORE, in his official capacity as Chief of the United States Forest Service, UNITED STATES FOREST SERVCE; AND UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants. | Case No. 1:21-CV-00425-DCN<br><br>**JOINT MOTION TO CONTINUE STAY** |

**JOINT MOTION TO CONTINUE STAY** - 1

The Parties in the above-captioned action are continuing to seek a resolution of this case without further litigation.  Currently, these negotiations appear fruitful.  In the interest of efficiency and to allow these discussions to continue, the Parties jointly request the Court to continue the stay of the action until November 10, 2022, while the Parties continue to pursue a potential resolution.

The Parties request that all proceedings in this matter remain stayed through November 10, 2022, unless the Parties seek an extension of the stay on or before that date.  The Parties will update the Court as to their progress on or before November 10, 2022.  If the Parties determine that the matter cannot be resolved and that the stay should not be extended, the Parties will submit a joint motion to amend the Scheduling Order.

**JOINT MOTION TO CONTINUE STAY** - 2

Respectfully submitted on this 9th day of August, 2022.

*For Defendants*

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

/s/ Christine G. England
CHRISTINE GEALY ENGLAND
Assistant United States Attorney

*For Plaintiffs Wildlands Defense, Alliance for the Wild Rockies, Native Ecosystems Council, Yellowstone to Unitas Connection*

CHRISTY LAW LLC
By:

/s/ Jessica Christy
JESSICA CHRISTY, Pro Hac Vice

ERTZ LAW, PLLC
BRIAN A. ERTZ

ALPERN MYERS STUART LLC
STEPHEN D. HARRIS, Pro Hac Vice

*For Idaho Conservation League*

ADVOCATES FOR THE WEST
By:

/s/ Bryan Hurlbutt
BRYAN HURLBUTT

**JOINT MOTION TO CONTINUE STAY** - 3