UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDLANDS DEFENSE, ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNCIL, YELLOWSTONE TO UINTAS CONNECTION, IDAHO CONSERVATION LEAGUE,<br><br>Plaintiffs,<br><br>v.<br><br>TAWNYA BRUMMETT, in her official capacity as Boise National Forest Supervisor, RANDY MOORE, in his official capacity as Chief of the United States Forest Service, UNITED STATES FOREST SERVCE; AND UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants. | Case No. 1:21-cv-00425-DCN<br><br>**ORDER GRANTING MOTION TO CONTINUE STAY** |

The Parties' Joint Motion to Continue Stay having come before the Court and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The stay in the above-captioned action is continued through November 10, 2022.

2. The Parties will update the Court as to their progress in resolving this lawsuit without further litigation on or before November 10, 2022.

ORDER - 1

3. If the Parties inform the Court that the matter cannot be resolved and that the stay should not be extended, Parties will submit a joint motion to amend the Scheduling Order.

DATED: August 10, 2022

_____
David C. Nye
Chief U.S. District Court Judge

ORDER - 2